Attorney(s)   Mohammed Ganqat Esq
Index #   **1:19-CV-00773-ALC**
Purchased/Filed: January 28, 2019
State of New York
Court:   U. S. District
County:   Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Mohammed El Aalaoui

against

Lucky Star Gourmet Deli Inc et al

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 Yrs. |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White | |
| | Hair color: Blonde  Other: | |

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____February 20, 2019_____, at __1:53 PM__, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
Summons in A Civil Action & Complaint

on

**305 Grocery Deli Corp**

the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40__ dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th  day of   February 2019

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
Invoice·Work Order # 1906814
Attorney File # **1903660**