**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) MOHAMMED GANGAT ESQ.          PH: (718) 669-0714
675 THIRD AVENUE STE 1810 NEW YORK, NY 10017 |

Index Number: 19-CV-00773
Date Filed: 1/28/2019
Court/Return Date:

Mohammed El Aalaoul

*Plaintiff*

VS
Lucky Star Gourmet Deli Inc. et al

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:          **AFFIDAVIT OF SERVICE**

**Ahmed A. Abderrahman**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/14/2019**, at **1:18 PM** at **305 East 181st Street, Bronx, NY 10457**, Deponent served the within **Summons in a Civil Action and Complaint** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Omar Allhabi**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **"John Doe " (refused name) (Co-Worker), a person of suitable age and discretion**.

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **"John Doe " (refused name)** is as follows:

**Sex**: Male     **Color of skin**: Brown     **Color of hair**: Black     **Age**: 35
**Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.     **Other** :

On **February 15, 2019**, service was completed by mailing a true copy of the above stated document(s) to **Omar Allhabi** at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on February 15, 2019

Ellen Eakley
NOTARY PUBLIC STATE OF New York
No. 01EA5085889; Qualified in Westchester County
Commission Expires September 29th 2021

Process Server, Please Sign
Ahmed A. Abderrahman

Lic# 2067334
Job #: 1903663

Client's File No.: AALAOUI

*INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771*