USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MOHAMMED EL AALAOUI,

                Plaintiff,

-against-

LUCKY STAR GOURMENT DELI INC.,
ET AL,

                Defendants.

------------------------------------------------------------ x

19-cv-773

**ORDER TO SHOW CAUSE – FAILURE TO PROSECUTE**

**ANDREW L. CARTER, JR., United States District Judge:**

On January 25, 2019, Plaintiff Mohammed El Aalaoui filed this action against Defendants Lucky Star Gourmet Deli Inc., 305 Grocery Deli Corp., Omar Allhabi, Hamdi Allhabi, and Ahmed Alzabidi. Defendants Lucky Star Gourmet Deli Inc. and 305 Grocery Deli Corp. were served on February 20, 2019 and were required to answer by March 13, 2019. Defendants Omar Allhabi and Hamdi Allhabi were served on February 14, 2019 and required to answer by March 7, 2019. To date, these Defendants have not appeared. Furthermore, Plaintiff has not filed a request to enter default judgment against the Defendants.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . ."). Such showing should be made by filing a written response to this Order by **March 5, 2020 and** sending a courtesy copy of such response to Chambers. **Any failure by Plaintiff to make this showing will result in a dismissal of this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).**

1

SO ORDERED.

Dated:  January 15, 2020
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**