UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
MOHAMMED EL AALAOUI,                          :
                                          :   Civil Action No. 19-00773-ALC
       Plaintiff,    :
                                          :
   - against -                     :   **CLERK'S CERTIFICATE OF**
                                          :   **DEFAULT**
LUCKY STAR GOURMET DELI INC.;                 :
305 GROCERY DELI CORP.; OMAR                  :
ALLHABI; HAMDI ALLHABI;                       :
AHMED ALZABIDI,                               :
                                          :
       Defendants.   :
-------------------------------------------------- x

    I, RUBY J. KRAJICK, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 25, 2019 with the filing of a summons and complaint [Doc. 1]; a copy of the summons and complaint was served on defendant Lucky Star Gourmet Deli Inc. via suitable service by delivering to the Secretary of State with proof of this service filed March 5, 2019 [Doc. 13]; a copy of the summons and complaint was served on defendant 305 Grocery Deli Corp. via suitable service by delivering to the Secretary of State with proof of this service filed March 5, 2019 [Doc. 14]; a copy of the summons and complaint was served on defendant Omar Allhabi via suitable service by delivering to a co-worker of suitable age with proof of this service filed on March 5, 2019 [Doc. 15]; and a copy of the summons and complaint was served on defendant Hamdi Allhabi via suitable service by delivering to a co-worker of suitable age with proof of this service filed on March 5, 2019 [Doc. 16].

    I further certify that the docket entries indicate that no defendant(s) has/have filed an answer or otherwise moved with respect to the complaint herein.

The default of all defendants is hereby noted.

Dated:   New York, New York
         , 2020

RUBY J. KRAJICK, Clerk of Court

By: _____
        Deputy Clerk