UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
MOHAMMED EL AALAOUI,                             :   Civil Action No. 19-00773-ALC
                                                 :
            Plaintiff,                           :   PROPOSED DEFAULT
v.                                               :   JUDGMENT
                                                 :
LUCKY STAR GOURMET DELI INC.;                    :
305 GROCERY DELI CORP.; OMAR                     :
ALLHABI; HAMDI ALLHABI;                          :
AHMED ALZABIDI,                                  :
                                                 :
            Defendants.                          :
------------------------------------------------- x

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Mohammed El Aalaoui shall have judgement against the Defendants Lucky Star Gourmet Deli Inc., 305 Grocery Deli Corp., Omar Allhabi, and Hamdi Allhabi, jointly and severally, in the amounts of $168,480 representing unpaid wages and liquidated damages due under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), plus an additional amount of prejudgment interest thereon as determined by the Court; $10,000 in statutory penalties for violations of New York's Wage Theft Prevention Act; and $4,715 in prevailing party attorney's fees and expenses under the FLSA and NYLL.


SO ORDERED:

   Dated: New York, New York
          _____, 2020              _____

                                             Hon. Andrew L. Carter, Jr.