**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- x
MOHAMMED EL AALAOUI,                          :    Civil Action No. 19-00773-ALC
                                              :
        Plaintiff,                             :    ORDER TO SHOW CAUSE FOR
 - against –                                   :    DEFAULT JUDGMENT
                                              :
LUCKY STAR GOURMET DELI INC.;                 :
305 GROCERY DELI CORP.; OMAR                  :
ALLHABI; HAMDI ALLHABI;                       :
AHMED ALZABIDI,                               :
                                              :
        Defendants.                            :
---------------------------------------------------- x

Upon the Declaration of Mohammed Gangat, Esq. sworn to on January 30, 2020, and the exhibits annexed thereto, and Affidavit of Plaintiff Mohammed El Aalaoui sworn to January 31, 2020, and upon all prior papers and proceedings heretofore had herein, it is hereby:

**ORDERED**, that the above named defendants Lucky Star Gourmet Deli Inc., 305 Grocery Deli Corp., Omar Allhabi, and Hamdi Allhabi (collectively, the "Defendants"), show cause before the Hon. Andrew L. Carter, Jr., Courtroom 1306, at _____ am/pm on the __ day of _____ 2020, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(b) of the Federal Rule of Civil Procedure in favor of plaintiff Mohammed El Aalaoui for the following relief: $168,480, representing unpaid wages and liquidated damages due under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), plus an additional amount of prejudgment interest thereon as determined by the Court; $10,000 in statutory penalties for violations of New York's Wage Theft Prevention Act; and $4,715 in prevailing party attorney's fees and expenses under the FLSA and NYLL; and it is further

**ORDERED** that service of a copy of this Order and annexed affidavits and exhibits upon the Defendants at their last known address, on or before _____ o'clock in the am/pm of the __

day of _____ 2019, and any opposition to the entry of the default judgment noted herein is due

by on or before \_\_\_\_\_ o'clock in the am/pm of the \_\_ day of _____ 2019

SO ORDERED:

Dated: New York, New York
_____, 2019                                          _____

                                                                                    Hon. Andrew L. Carter, Jr., USDJ