UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                  :

MOHAMMED EL AALAOUI,              :
                  :
              Plaintiff,     :
                  :          19-cv-0773 (LJL)
       -v-              :
                  :          ORDER
LUCKY STAR GOURMET DELI INC. ET AL,  :
                  :
            Defendants.   :
                  :
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/14/2020__

LEWIS J. LIMAN, United States District Judge:

       This case has been randomly reassigned to me for all purposes. The Court is in receipt of Plaintiff's default judgment application.

       IT IS HEREBY ORDERED that the parties shall appear for a default judgment hearing on April 1, 2020 at 2:45 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

       Pursuant to Attachment A of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman), Plaintiff is directed to serve on the parties against whom the default judgment is sought: (1) the motion for default judgment and supporting papers, and (2) this Order.

       Plaintiff must file proof of service electronically on ECF.

       SO ORDERED.

Dated: February 14, 2020
      New York, New York          _____
                               LEWIS J. LIMAN
                         United States District Judge