```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                            :           DOC #:_____
MOHAMMED EL AALAOUI,                        :           DATE FILED: 3/3/2020
                                            :
                    Plaintiff,              :
                                            :           19-cv-00773 (LJL)
       -v-                                  :
                                            :                  ORDER
LUCKY STAR GOURMET DELI, INC. ET AL,        :
                                            :
                    Defendants.             :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received a document entitled "General Liability Waiver," which discusses the withdrawal of this case in exchange for a monetary sum. The Court construes this document as notice that the case has settled. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York
                                        LEWIS J. LIMAN
                                        United States District Judge