UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------  x
MOHAMMED EL AALAOUI,                       :
                                           :        No. 19-00773-LJL
              Plaintiff,                   :
  - against –                              :
                                           :        NOTICE OF MOTION FOR
LUCKY STAR GOURMET DELI INC.;              :        PLAINTIFF'S MOTION FOR
305 GROCERY DELI CORP.; OMAR               :        **DEFAULT JUDGMENT**
ALLHABI; HAMDI ALLHABI;                    :
AHMED ALZABIDI,                            :
                                           :
              Defendants.                  :
-------------------------------------------------  x

PLEASE TAKE NOTICE that upon the Declaration of Mohammed Gangat, Esq. (and supporting exhibits), sworn affidavit from plaintiff Mohammed El Aalaoui("Plaintiff"), and all prior papers and proceedings herein, Plaintiff, pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Local Civil Rules of the Southern District of New York, shall move this Court before the Honorable Lewis J. Liman, United States District Judge, in the District Court for the Southern District of New York, 500 Pearl Street, New York, NY, on April 16, 2020, at 11:00am, for a default judgment against defendants Lucky Star Gourmet Deli Inc., 305 Grocery Deli Corp., Omar Allhabi and Hamdi Allhabi.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order dated March 11, 2020, by the Hon. Liman and entered in this action, any opposition to this motion is due no later than April 9, 2020.

Dated: New York, New York        LAW OFFICE OF MOHAMMED
       April 2, 2020             GANGAT

                                 By: _____
                                     Mohammed Gangat, Esq.
                                     675 3rd Avenue, Suite 1810
                                     New York, NY 10017
                                     (718) 669-0714
                                     mgangat@gangatllc.com