UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
MOHAMMED EL AALAOUI,          :
       Plaintiff,          :   Civil Action No. 19-773-ALC
                           :
v.                            :
                           :   **AFFIDAVIT OF SERVICE**
LUCKY STAR GOURMET DELI INC.; :
305 GROCERY DELI CORP.; OMAR  :
ALLHABI; HAMDI ALLHABI;       :
AHMED ALZABIDI,               :
                           x
       Defendants.
----------------------------------------------------

STATE OF NEW YORK  )
                       ) ss:
COUNTY OF NEW YORK  )

    I, BASMA OUARDA, being duly sworn and subject to the penalties of perjury, on oath depose and state based on personal knowledge that on April 3, 2020, I served the following: Notice of Motion of Plaintiff's Motion for Default Judgment (Docket No. 37); Declaration in Support with Exhibits A-J (Docket No. 38); Plaintiff's Affidavit in Support (Docket No. 39); and Proposed Default Judgment (Docket No. 40).

    This service was completed by placing a true copy of these documents with an employee of the United States Postal Service, at the facility located at 450 Lexington Avenue, New York, New York 10017, in an envelope together with postage and labels to have the envelope sent via USPS Priority Mail with tracking service to the following addresses, a separate mailing for each addressee:

Lucky Star Gourmet Deli Inc.
856 E 180th Street,
Bronx, New York 10460-1702

305 Grocery Deli Corp.
305 E 181st Street,
Bronx, New York 10457

Hamdi Allhabi
305 E 181st Street,
Bronx, New York 10457

Omar Allhabi
305 E 181st Street
Bronx, New York 10457

_____
BASMA OUARDA, Paralegal

On this 3 day of April 2020 personally appeared before me the above-named individual and signed and made oath to the foregoing affidavit before me.

_____
MOHAMMED GANGAT
NOTARY PUBLIC

Mohammed A. Gangat
Notary Public. NY. Nassau Cty.
No. 02GA6348633
Exp. 10/03/20