UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MOHAMMED EL AALAOUI,

                Plaintiff,

    -v-

LUCKY STAR GOURMET DELI INC. ET AL,

                Defendants.
------------------------------------------------------------------X

19-cv-0773 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiff's Proposed Default Judgment (Dkt. No. 40). While the Proposed Default Judgment references prejudgment interest, it does not specify: the amount on which that prejudgment interest accrues, at what rate, and from what date. Nor is there a space for the calculation of interest to be filled in.

    Plaintiff is HEREBY ORDERED to file an amended Proposed Default Judgment to cure these deficiencies no later than April 10, 2020.

    SO ORDERED.

Dated: April 6, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge