UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMMED EL AALAOUI,

                Plaintiff,

      -v-

LUCKY STAR GOURMET DELI INC. ET AL,

                Defendants.
-----------------------------------------------------------------X

19-cv-0773 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the Declaration of Mohammed Gangat, Esq. in Support of Plaintiff's Motion for Default Judgment (Dkt. No. 38) (the "Declaration") as well as the Complaint (Dkt. No. 1).

      Page 5, Paragraph 31 of the Complaint states that Plaintiff worked "a regular schedule consisting of *seven (7)* days a week, twelve hours each day for wages of six hundred dollars per week." That is consistent with paragraph 5 of the affidavit of the plaintiff. However, the proposed default judgment seeks judgment for unpaid wages based on the assumption that Plaintiff worked a schedule of six days a week, 12 hours per day.

      It is HEREBY ORDERED that, to the extent that the proposed default judgment is based on an incorrect assumption regarding the number of days a week worked by the Plaintiff, the Plaintiff shall file an amended proposed default judgment and motion papers in support of the proposed default judgment correcting the error, no later than April 10, 2020.

      SO ORDERED.

Dated: April 7, 2020
      New York, New York

                                                                   LEWIS J. LIMAN
                                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2020