UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
MOHAMMED EL AALAOUI,                              :   Civil Action No. 19-00773-LJL
                                                  :   AMENDED PROPOSED DEFAULT
        Plaintiff,                            :   JUDGMENT
v.
                                                  :
LUCKY STAR GOURMET DELI INC.;                     :
305 GROCERY DELI CORP.; OMAR                      :
ALLHABI; HAMDI ALLHABI;                           :
AHMED ALZABIDI,                                   :
                                                  :
                                                  :
        Defendants.                           :
---------------------------------------------------- x

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Mohammed El Aalaoui shall have judgement against the Defendants Lucky Star Gourmet Deli Inc., 305 Grocery Deli Corp., Omar Allhabi, and Hamdi Allhabi, jointly and severally, in the amounts of $231,660 representing unpaid wages and liquidated damages due under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), plus an additional amount of prejudgment interest on the unpaid wages portion of that amount, which is $115,830, said interest to accrue at the statutory rate of 9% (or stated differently $28.56 per day) from July 5, 2017, through the date of this judgment, for a total prejudgment interest award of $_____ ; $10,000 in statutory penalties for violations of New York's Wage Theft Prevention Act; and $4,715 in prevailing party attorney's fees and expenses under the FLSA and NYLL.

SO ORDERED:

  Dated: New York, New York                    _____

      _____, 2020                    Hon. Lewis J. Liman