UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
MOHAMMED EL AALAOUI,                                 :
    Plaintiff,                   :  Civil Action No. 19-773-ALC
                                                     :
v.                                                   :
                                                     :  **AFFIDAVIT OF SERVICE**
LUCKY STAR GOURMET DELI INC.;                        :
305 GROCERY DELI CORP.; OMAR                         :
ALLHABI; HAMDI ALLHABI;                              :
AHMED ALZABIDI,                                      :
                                                     x
    Defendants.
----------------------------------------------------

STATE OF NEW YORK  )
        ) ss:
COUNTY OF NEW YORK )

I, BASMA OUARDA, being duly sworn and subject to the penalties of perjury, on oath depose and state based on personal knowledge that on April 10, 2020, I served the attached notice and copy of the electronic docket in this action by placing a true copy of these documents with an employee of the United States Postal Service, at the facility located at 450 Lexington Avenue, New York, New York 10017, in an envelope together with postage and labels to have the envelope sent via USPS Priority Mail with tracking service to the following addresses, a separate mailing for each addressee:

Lucky Star Gourmet Deli Inc.
856 E 180th Street,
Bronx, New York 10460-1702

305 Grocery Deli Corp.
305 E 181st Street,
Bronx, New York 10457

- 2 -

Hamdi Allhabi
305 E 181st Street,
Bronx, New York 10457

Omar Allhabi
305 E 181st Street
Bronx, New York 10457

_____
BASMA OUARDA, Paralegal

On this 10 day of April 2020 personally appeared before me the above-named individual and signed and made oath to the foregoing affidavit before me.

_____
MOHAMMED GANGAT
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
MOHAMMED EL AALAOUI,                                :
                                                    :   **NOTICE OF**
           Plaintiff,         :   **DEFAULT HEARING**
                                                    :
   - against -                                 :
                                                    :
LUCKY STAR GOURMET DELI INC.; 305 GROCERY           :
DELI CORP.; OMAR ALLHABI; HAMDI ALLHABI;            :
AHMED ALZABIDI,                                     x

           Defendants.
------------------------------------------------------------------------

**ATTENTION:**

Lucky Star Gourmet Deli Inc.
856 E 180th Street,
Bronx, New York 10460-1702

305 Grocery Deli Corp.
305 E 181st Street,
Bronx, New York 10457

Hamdi Allhabi
305 E 181st Street,
Bronx, New York 10457

Omar Allhabi
305 E 181st Street
Bronx, New York 10457

**PLEASE TAKE NOTICE** the Default Hearing scheduled for April 16, 2020 at 11:00AM will now proceed by **TELEPHONE CONFERENCE**. Parties are directed to dial-in to the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. A copy of the electronic docket reflecting this scheduling is attached hereto for your reference.

Dated: New York, New York
April 10, 2020

                              **LAW OFFICE OF MOHAMMED GANGAT**
                              By:

                              _____
                              Mohammed Gangat, Esq.
                              675 Third Avenue
                              Suite 1810
                              New York, NY 10017
                              (718) 669-0714
                              mgangat@gangatllc.com

                              *Attorneys for Plaintiff*

ECF,REOPEN

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19-cv-00773-LJL

El Aalaoui v. Lucky Star Gourmet Deli Inc. et al  
Assigned to: Judge Lewis J. Liman  
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 01/25/2019  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Mohammed El Aalaoui**     represented by     Mohammed Ahmed Gangat  
Gangat LLC  
270-05 79 Avenue  
New Hyde Park, NY 11040  
(718) 669-0714  
Email: mgangat@gangatllc.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lucky Star Gourmet Deli Inc.**

**Defendant**

**305 Grocery Deli Corp.**

**Defendant**

**Omar Allhabi**

**Defendant**

**Hamdi Allhabi**

**Defendant**

**Ahmed Alzabidi**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2020 | | ORDER: The Default Hearing scheduled for April 16, 2020 at 11:00AM will now proceed by TELEPHONE CONFERENCE. Parties are directed to dial-in to the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 04/10/2020) |
| 04/10/2020 | 44 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Mohammed El Aalaoui..(Gangat, Mohammed) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/10/2020) |
| 04/10/2020 | 45 | DECLARATION of Mohammed Gangat, Esq. in Support re: 37 MOTION for Default Judgment as to *defendants defendants Lucky Star Gourmet Deli Inc., 305 Grocery Deli* |

| | | |
|---|---|---|
| | | *Corp., Omar Allhabi and Hamdi Allhabi*.. Document filed by Mohammed El Aalaoui.. (Gangat, Mohammed) (Entered: 04/10/2020) |
| 04/10/2020 | | ***NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 44 Proposed Default Judgment was reviewed and approved as to form. (dt)** (Entered: 04/10/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/10/2020 17:46:31 | | | |
| **PACER Login:** | mgangat107 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-00773-LJL Start date: 4/10/2020 End date: 4/10/2020 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |