```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MOHAMMED EL AALAOUI,                                              :
                                                                  :
                              Plaintiff,                          :
                                                                  :       19-cv-0773 (LJL)
           -v-                                                    :
                                                                  :          ORDER
LUCKY STAR GOURMET DELI INC. ET AL,                               :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

LEWIS J. LIMAN, United States District Judge:

On May 15, 2020, the Court ordered Plaintiff to respond to Defendants' emergency letter-motion (Dkt. No. 50) no later than 5:00 p.m. today. In lieu of doing so, Plaintiff has filed a letter requesting that the Court reject Defendants' submission. (Dkt. No. 53.)

IT IS HEREBY ORDERED that Plaintiff shall file a substantive response to Defendants' letter-motion no later than 5:00 p.m. on May 21, 2020. Defendants may file a reply no later than 5:00 p.m. on May 26, 2020.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic status conference on May 28, 2020 at 4:30 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101.

The parties shall meet and confer in advance of the status conference.

SO ORDERED.

Dated: May 18, 2020
       New York, New York                           _____
                                                                LEWIS J. LIMAN
                                                          United States District Judge