```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MOHAMMED EL AALAOUI,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :        19-cv-0773 (LJL)
        -v-                                                      :
                                                                 :        ORDER
LUCKY STAR GOURMET DELI INC. ET AL,                              :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020

LEWIS J. LIMAN, United States District Judge:

As discussed at the conference held today, the following is HEREBY ORDERED:

1. Defendants shall file any motion to vacate the default judgment, including any affidavits or documentary evidence, no later than 5:00 p.m. on June 8, 2020. Plaintiffs shall file opposing papers no later than 5:00 p.m. on June 18, 2020. Defendants shall file a reply no later than 5:00 p.m. on June 23, 2020.

2. A hearing on the aforementioned motion is set for June 24, 2020 at 10:00 a.m. The Court will advise in a subsequent order whether it will take place telephonically or via videoconference.

3. Until and through June 24, 2020, by consent of the parties, Plaintiffs are enjoined from executing or enforcing the previously-entered default judgment.

4. Defendants, as movants, shall order a copy of the transcript on an expedited basis. Information on transcript ordering is available at https://www.nysd.uscourts.gov/court-reporters.

SO ORDERED.

Dated: May 28, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge