UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
MOHAMMED EL AALAOUI,　　　　　　　　：
　　　　　　　　　　　　　　　　　　　：　　Case No. 19-00773-LJL
　　　　　　　　Plaintiff,　　　　　　　：
　- against –　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　：　　**NOTICE OF MOTION**
LUCKY STAR GOURMET DELI INC.;　　　　：
305 GROCERY DELI CORP.; OMAR　　　　 ：
ALLHABI; HAMDI ALLHABI;　　　　　　　：
AHMED ALZABIDI,　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　：
　　　　　　　　Defendants.　　　　　　：
-------------------------------------------------- x

　　　　PLEASE TAKE NOTICE that upon the declaration of Mohammed Gangat, Esq. dated June 7, 2020, and upon all prior proceedings heretofore had herein, the undersigned will move before the Honorable Lewis J. Liman, United States District Judge, in the District Court for the Southern District of New York, 500 Pearl Street, New York, NY, on a date to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4 permitting Mohammed Gangat, Esq., to withdraw as attorney of record for the Plaintiff, with such other and further relief as the Court may deem just and proper.

　　　　PLEASE TAKE FURTHER NOTICE that copies of this motion and the papers upon which it has been based have been served upon the Plaintiff by regular mail.

　　　　PLEASE TAKE FURTHER NOTICE that the undersigned does not assert a charging lien or retaining lien for this file.

Dated: New York, New York　　　　　　　**LAW OFFICE OF MOHAMMED**
　　　　June 14, 2020　　　　　　　　　　**GANGAT**

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Mohammed Gangat, Esq.
　　　　　　　　　　　　　　　　　　　　675 3rd Avenue, Suite 1810
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　(718) 669-0714
　　　　　　　　　　　　　　　　　　　　mgangat@gangatllc.com