UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MOHAMMED EL AALAOUI,

                        Plaintiff,

        -v-

LUCKY STAR GOURMET DELI INC. ET AL,

                   Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/25/2020__

19-cv-0773 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As discussed at the conference today, the following is HEREBY ORDERED on consent of all parties:

1. Enforcement of the previously-entered default judgment (Dkt. No. 48) is STAYED pending a decision on the motion to vacate the default judgment (Dkt. No. 64).

2. Mr. Gangat's motion to withdraw (Dkt. No. 71) is GRANTED effective July 6, 2020.

3. Any opposition to the motion to vacate the default judgment (Dkt. No. 64) shall be filed by August 13, 2020.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 71 but *not* to terminate Mr. Gangat as counsel at this time.  Chambers will direct the Clerk of Court to terminate Mr. Gangat on July 6, 2020.

Dated: June 25, 2020
     New York, New York

_____
          LEWIS J. LIMAN
      United States District Judge