USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MOHAMMED EL AALAOUI,

                Plaintiff,

    -v-

LUCKY STAR GOURMET DELI INC. ET AL,

                Defendants.
-------------------------------------------------------------------X

19-cv-0773 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On June 25, 2020, the Court ordered Plaintiff (now *pro se*) to file any opposition to Defendants' motion to vacate the default judgment by August 13, 2020. (Dkt. No. 75.)

    No opposition has been received.

    For the reasons discussed on the record at the conferences held on May 28, 2020 and June 25, 2020, the motion to vacate the default judgment (Dkt. No. 64) is GRANTED as unopposed.

    The parties shall appear for an Initial Pretrial Conference on September 14, 2020 at 4:30 p.m. They are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. No later than one week prior to the conference, the parties shall jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.

    Counsel for Defendants shall notify Plaintiff of this order.

    The Clerk of Court is respectfully directed to reopen this case.

    SO ORDERED.

Dated: August 17, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge