```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
MOHAMMED EL AALAOUI, :
  :
                 Plaintiff, :
  : 19-cv-0773 (LJL)
   -v- :
  : ORDER
LUCKY STAR GOURMET DELI INC. DT AL., :
  :
                 Defendant(s). :
  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     A scheduled status conference was held in this case on September 14, 2020.  Plaintiff did not appear.  Defense counsel asked when he could make a motion to dismiss for failure to prosecute.  The Court advised counsel that under the rules he could make such a motion at any time and terminated the conference.

     SO ORDERED.

Dated: September 15, 2020                   _____
       New York, New York                      LEWIS J. LIMAN
                                        United States District Judge